UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SILVERMAN, <br><br> Plaintiff, <br><br> v. <br><br> DORSEY LANE, et al., <br><br> Defendants. | Case No. 18-04510 BLF (PR) <br><br> **JUDGMENT** |

The Court has dismissed all claims against Defendants and granted their motion for summary judgment. Judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

**Dated: ___June 30, 2020_____**

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.18\04510Silverman_judgment